432    READING *v.* THE PUBLIC SERVICE COM.

Statement of Facts—Opinion of the Court. [72 Pa. Superior Ct.

## City of Reading *v.* The Public Service Commission.

Argued December 4, 1918. Appeal, No. 275, October T., 1919, by City of Reading, from order of the Public Service Commission in the case of City of Reading v. The Public Service Commission of the Commonwealth of Pennsylvania on appeal and the Reading Transit and Light Company. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEPHART, TREXLER and WILLIAMS, JJ. Affirmed.

OPINION BY TREXLER, J., July 17, 1919:

For the reasons set forth in opinion this day filed in No. 71, April Term, 1919, the order of the Public Service Commission is approved. Appellant for costs.

PORTER and HENDERSON, JJ., dissent.